**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                      )<br>        Plaintiff,                             )<br>                                                      )<br>        v.                                         )<br>                                                      )<br>DANIEL F. HURST,                       )<br>ABBY L. HURST, and                   )<br>JPMORGAN CHASE BANK, N.A., )<br>                                                      )<br>        Defendants.                        )<br>_____)  | Case No. 6:19-cv-1120 |

## COMPLAINT

Plaintiff United States, for its complaint against defendants, alleges as follows:

1. This is a civil action in which the United States seeks to: (1) reduce to judgment certain federal income tax, interest and penalty assessments made against Daniel F. Hurst; (2) obtain a judgment enforcing its federal tax liens against certain real property which is located at 2910 East 43rd Avenue, Hutchinson, Kansas 67502 (the "Hutchinson Property") and which is further described below; and (3) obtain an order directing the sale of the Hutchinson Property, and have the proceeds from the sale distributed in the manner set forth below.

2. This action is commenced at the request and with the authorization of a delegate of the Secretary of Treasury and at the direction of the Attorney General pursuant to 26 U.S.C. §§ 7401 and 7403.

### Jurisdiction and Venue

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403.

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1396 because this is the district where defendants Daniel F. Hurst and Abby L. Hurst reside, where the liability accrued, and where the Hutchinson Property is located.

### Parties

5. Plaintiff is the United States of America.

6. Defendant Daniel F. Hurst resides in the Hutchinson Property and is subject to the jurisdiction of the Court.

7. Defendant Abby L. Hurst resides in the Hutchinson Property.  Abby L. Hurst is named as a defendant to Count II of this complaint pursuant to 26 U.S.C § 7403(b) because she may claim an interest in the Hutchinson Property.

8. Defendant JPMorgan Chase Bank, N.A., is a national bank that regularly conducts business in Kansas.  It is named as a party to Count II of this complaint pursuant to the provisions of 26 U.S.C. § 7403(b) because it may claim an interest in the Hutchinson Property.

### COUNT I:  Judgment Sought Against Daniel F. Hurst

9. The United States incorporates the allegations set forth in paragraphs 1 through 8 above.

10. For tax years 2002-2004, Daniel F. Hurst filed federal income tax returns, but failed to report and pay all the tax he owed.

11. Accordingly, on the dates set forth below, a delegate of the Secretary of the Treasury made assessments against Daniel F. Hurst for federal income taxes, accrued interest, and penalties for tax years 2002-2004.  The unpaid balances of these assessments, including accrued interest and statutory additions as well as credits and payments through May 8, 2019, are as follows:

| Tax Period | Date of Assessment | Assessed Tax | Assessed Penalties & Interest | Unpaid Balance as of May 8, 2019 |
|---|---|---|---|---|
| 2002 | 5/26/2009 | $54,737.00 | $53,440.26 | $205,959.30 |
|  | 6/22/2009 | $8,802.00 | $3,960.90 |  |
| 2003 | 6/22/2009 | $16,879.00 | $7,595.55 | $53,448.81 |
| 2004 | 6/22/2009 | $5,295.00 | $1,059.00 | $13,683.11 |
|  |  |  | **Total:** | **$273,091.22** |

12.     The IRS gave notices of the assessments referred to in paragraph 11, and made demands for payment to Daniel F. Hurst on or about the dates of the assessments.

13.     Notwithstanding the notices of the assessments and demands for payment, Daniel F. Hurst has failed to pay the assessed liabilities for tax years 2002-2004.

14.     By reason of the foregoing, Daniel F. Hurst is liable to the United States in the total amount of $273,091.22 regarding the assessments referred to in paragraph 11 above, plus such additional interest and other statutory additions that have accrued and will continue to accrue thereon from May 8, 2019.

WHEREFORE the United States respectfully requests this Court to enter judgment on Count I of its complaint as follows:

A.      That the Court enter judgment in favor of the United States and against Daniel F. Hurst for unpaid federal income tax liabilities for the years 2002-2004 in the total amount of $273,091.22, plus such additional interest and other statutory additions that have accrued and will continue to accrue thereon from May 8, 2019; and

B.      That the Court grant the United States such other and further relief as it deems proper, including awarding the United States its costs and fees incurred herein.

### COUNT II:  Lien Enforcement

15.     The United States incorporates paragraphs 1 through 14 above.

16.     Daniel F. Hurst acquired ownership of the Hutchinson Property by corporation warranty deed in August 1996.  (A true copy of the deed is attached hereto as Exh. 1.)  The legal description of the Hutchinson Property is:

```
A portion of the Southwest Quarter of Section 28, Township 22
South, Range 5 West of the 6th Principal Meridian, described
as follows:

Commencing at the Southwest corner of the Southwest Quarter
of Section 28, Township 22 South, Range 5 West of the 6th
Principal Meridian; thence East along the South line of said
Southwest Quarter 1566.18 feet for the point of beginning;
thence with a deflection angle 89°50'25" left - North
parallel with the West line of Sand Dunes Addition Replat, a
subdivision in the Southwest Quarter of Section 28, Township
22 South, Range 5 West of the 6th Principal Meridian a
distance of 428.26 feet; thence with a deflection angle
89°58'07" right - East 263.12 feet to the West line of said
Sand Dunes Addition Replat; thence with a deflection angle
90°01'53" right - South along the West line of said Sand
Dunes Addition Replat 427.67 feet to the South line of said
Southwest Quarter; thence with a deflection angle 89°50'25"
right - West along the South line of said Southwest Quarter
263.12 feet to the point of beginning, Reno County, Kansas.
```

17.     In September 2009, the Hutchinson Property was deeded to Daniel F. Hurst and Abby L. Hurst as "JOINT TENANTS and not tenants in common, with full rights of survivorship."  (A true copy of the deed is attached hereto as Exh. 2.)

18.     As a result of the assessments described in paragraph 11 above, as well as the notices of assessments, demands for payment, and subsequent failures to pay, federal tax liens arose, pursuant to 26 U.S.C. §§ 6321 and 6322, in favor of the United States on the date of each of the assessments and attached to all property and rights to property belonging to Daniel F. Hurst, including his interest in the Hutchinson Property, as a matter of law.

19.     Pursuant to 26 U.S.C. § 6323(f), a delegate of the Secretary of the Treasury filed notices of the federal tax liens with the Register of Deeds in Reno County, Kansas, on or about April 18, 2011, and April 25, 2011, for tax years 2002-2004.

WHEREFORE, the United States respectfully requests this Court to enter judgment in its favor and against all other parties to this action on Count II of its complaint as follows:

A. Declare that the federal tax liens are valid and subsisting liens that attached to all property and rights to property of Daniel F. Hurst as of the dates of the respective assessments made against him;

B. Declare that the federal tax liens attached to the Hutchinson Property;

C. Order that any defendant claiming an interest in the Hutchinson Property superior to the federal tax liens affirmatively demonstrate their interest;

D. Order that the federal tax liens be enforced, that the Hutchinson Property be sold in a judicial sale according to the law, free and clear of any right, title, lien, claim, or interest of any other lien holders, and that the proceeds of the sale be distributed to the parties in such amounts as this Court determines; and

E. That this Court award the United States such other relief as is just and equitable, including awarding the United States its costs.

Dated: May 10, 2019                                Respectfully submitted,

                                                   RICHARD E. ZUCKERMAN
                                                   Principal Deputy Assistant Attorney General

                                                   */s/ Jared S. Wiesner*_____
                                                   JARED S. WIESNER
                                                   D.C. Bar No. 976856
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   P.O. Box 7238
                                                   Washington, D.C.  20044
                                                   202-514-6058 (v)
                                                   202-514-6770 (f)
                                                   jared.s.wiesner@usdoj.gov

15158C

## CORPORATION WARRANTY DEED

**Westcreek Developers, Inc.**, a corporation duly organized, incorporated, and existing under and by virtue of the laws of the State of **Kansas**, and having its principal place of business at **Hutchinson** in the State of **Kansas**,

CONVEYS AND WARRANTS TO

Daniel F. Hurst

all of the following described REAL ESTATE in the County of Reno and the State of Kansas, to-wit:

EXHIBIT "A" ATTACHED

for the sum of $10.00 and other valuable considerations.

Entered in Transfer Record in my Office the 27 Day of Aug 19 96
Roxanne L. Wheatley County Clerk, by

EXCEPT AND SUBJECT TO: Easements and Restrictions of Record.

Dated Aug 23 1996

BY _____
Stuart L. Schrader, President
(Corp. Seal)

STATE OF KANSAS, Reno COUNTY, ss.

BE IT REMEMBERED, That on this 23 day of Aug A.D. 1996, before me the undersigned, a Notary Public in and for the County and State aforesaid came Stuart L. Schrader, President of Westcreek Developers, Inc., a corporation duly organized, incorporated and existing under and by virtue of the laws of Kansas, who is personally known to me to be such officer, and who is personally known to me to be the same person who executed, as such officer, the within instrument of writing on behalf of said corporation and such person duly acknowledged the execution of the same to be the act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my official seal the day and year last mentioned.

_____
Notary Public

Term expires _____
(Seal)
NOTARY PUBLIC - State of Kansas
JULIE QUINT
My Appt. Exp. July 28, 1997

INDEXED
ORIGINAL COMPARED
WITH RECORD
NUMERICAL

STATE OF KANSAS } ss
RENO COUNTY

This instrument was filed for record on the 27 day of Aug A.D. 19 96 at 9:00 o'clock A.M. and duly recorded in Book 529 on Page 136
Fee $ 8.00
Mary W. Trach
REGISTER OF DEEDS

Government Exhibit
1

EXHIBIT "A"                                    15158C

A portion of the Southwest Quarter of Section 28, Township 22 South, Range 5 West of the 6th Principal Meridian, described as follows:

Commencing at the Southwest corner of the Southwest Quarter of Section 28, Township 22 South, Range 5 West of the 6th Principal Meridian; thence East along the South line of said Southwest Quarter 1566.18 feet for the point of beginning; thence with a deflection angle 89°50'25" left - North parallel with the West line of Sand Dunes Addition Replat, a subdivision in the Southwest Quarter of Section 28, Township 22 South, Range 5 West of the 6th Principal Meridian a distance of 428.26 feet; thence with a deflection angle 89°58'07" right - East 263.12 feet to the West line of said Sand Dunes Addition Replat; thence with a deflection angle 90°01'53" right - South along the West line of said Sand Dunes Addition Replat 427.67 feet to the South line of said Southwest Quarter; thence with a deflection angle 89°50'25" right - West along the South line of said Southwest Quarter 263.12 feet to the point of beginning, Reno County, Kansas.

*[signature]* REGISTER OF DEEDS

## JOINT TENANCY WARRANTY DEED



Government Exhibit 2

Daniel F. Hurst and Abby L. Hurst, husband and wife

CONVEYS AND WARRANTS TO:

Daniel F. Hurst and Abby L. Hurst, husband and wife

as JOINT TENANTS and not as tenants in common, with full rights of survivorship, the whole estate to vest in the survivor in the event of the death of either, all of the following described REAL ESTATE in the County of Reno and State of Kansas, to wit:

**See Attached**

**Pursuant to K.S.A. 79-1437, a real estate validation questionnaire is not required due to Exception No.9**

EXCEPT AND SUBJECT TO: Easements and restrictions of record, if any.

Dated: 9/11/2009

_____
Daniel F. Hurst

_____
Abby L. Hurst

STATE OF KANSAS, COUNTY OF RENO SS:

BE IT REMEMBERED, that on this 11TH day of SEPTEMBER, 2009, before me, the undersigned, a Notary Public in and for the County and State aforesaid, came Daniel F. Hurst and Abby L. Hurst, husband and wife, who is/are personally known to me to be the same person(s) who executed the above and foregoing instrument, and such person(s) duly acknowledged the execution of the same.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my official seal the day and year last above mentioned.

My term expires:

_____
NOTARY PUBLIC

Todd C. Brown
PRINTED NAME

NOTARY PUBLIC - State of Kansas
TODD C. BROWN
My Appt. Exp. 1-3-2010

A portion of the Southwest ¼ of Section 28; Township 22 South, Range *5 West of the 6th P.M*, Reno County, Kansas, described as follows: Commencing at 'the Southwest corner of the Southwest ¼ .of Section 28, Township 22 South, Range 5 West of the 6th P.M.; thence East along the South line of said Southwest ¼, 1566.18 of Section., 1566.18 feet for the point of beginning; thence with a deflection angle 89°50'25" left - North parallel with the West line of said Sand Dunes Addition Replat, a subdivision in the

Southwest 1/4 of Section 28, Township 22 South, Range *5* West of the 6th P.M., Reno County, Kansas, a distance of 428.26 feet, thence with a deflection angle 89°58'07" right - East 263.12 feet to the West line of said Sand Dunes Addition Replat; thence with a deflection angle 90°01 53" right - South along the West line of said Sand Dunes Addition Replat 427.67 feet to the South line of said

Southwest *1/4.;* thence with **a** deflection angle 89°50'25" right - West along the South line of said Southwest *1/4,* 263.12 feet to the point of beginning.

According to the Reno County tax Rolls, the above land is commonly known as:
2910 East 43RD Avenue, Hutchinson, Kansas 67502

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Daniel F. Hurst, Abby L. Hurst, and JPMorgan Chase Bank, N.A.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Reno
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jared S. Wiesner
Trial Attorney, U.S. Department of Justice, Tax Division
P.O. Box 7238; Washington, DC 20044

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question *(U.S. Government Not a Party)*
☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from Another District *(specify)*
☐ 6  Multidistrict Litigation - Transfer
☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. §§ 7402 and 7403

Brief description of cause:
This suit seeks to reduce to judgment tax assessments, obtain judgment enforcing tax liens, and obtain sale order.

## VII. REQUESTED IN COMPLAINT:

☐  CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE   05/10/2019
SIGNATURE OF ATTORNEY OF RECORD   /s/ Jared S. Wiesner

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE